**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TERRY D. MALONE, | : | No. 74 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PROTHONOTARY'S OFFICE OF THE | : | |
| SUPREME COURT OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 4th day of November, 2022, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus (King's Bench)" is DENIED.